O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **BILLY RELL MILES,** § | |
|     **TDCJ-CID #695744,** § | |
| **V.** § | **C.A. NO. C-04-611** |
| § | |
| **ROSE TREVINO, ET AL.,** § | |

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Plaintiff-appellant has properly applied to proceed *in forma pauperis* on appeal (D.E. 19). The motion is granted and the following order is entered:

1. The Clerk shall file the Appellant's notice of appeal without prepayment of the appellate filing fee.

3. The plaintiff-appellant shall pay **$255.00**, the appellate filing fee, in monthly installments to the United States District Court as provided in 28 U.S.C. § 1915(b)(1).

4. The Texas Department of Criminal Justice -- CID shall deduct 20% of each deposit made to the plaintiff's inmate trust account and forward payments to the United States District Court on a regular basis provided the account exceeds $10.00.

5. The plaintiff-appellant shall sign all consents and other documents required by the agency having custody of plaintiff-appellant to authorize the necessary withdrawal from the plaintiff-appellant's inmate trust account.

6.        The Clerk of the Court shall send a copy of this Order to the **Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629 and to TDCJ - Office of the General Counsel, P.O. Box 13084, Capitol Station, Austin, Texas 78711.**

ORDERED this 19th day of May, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE